*State, Respondent, v. Carpenter, Petitioner*, No. 91471-1. Petition for review of a decision of the Court of Appeals, No. 44569-7-II, February 3, 2015, 185 Wn. App. 1042. *Denied* December 2, 2015.

*In re Dependency of O.R.L.*, No. 91634-9. Motion for discretionary review of a decision of the Court of Appeals, No. 32320-0-III, March 24, 2015, 186 Wn. App. 682. *Denied* December 2, 2015.

*State, Respondent, v. Parker, Petitioner*, No. 91942-9. Petition for review of a decision of the Court of Appeals, No. 31857-5-III, June 2, 2015, 188 Wn. App. 1001. *Denied* December 2, 2015.

*State, Respondent, v. Proshold, Petitioner*, No. 91948-8. Petition for review of a decision of the Court of Appeals, No. 45736-9-II, June 4, 2015, 188 Wn. App. 1004. *Denied* December 2, 2015.

*Carr et al., Petitioners, v. Wash. State Liquor Control Bd. et al., Respondents*, No. 91958-5. Petition for review of a decision of the Court of Appeals, No. 46590-6-II, June 4, 2015, 188 Wn. App. 212. *Denied* December 2, 2015.

*Porter, Respondent, v. Boisso, Petitioner*, No. 91959-3. Petition for review of a decision of the Court of Appeals, Nos. 31805-2-III and 31809-5-III, June 16, 2015, 188 Wn. App. 286. *Denied* December 2, 2015.

*Estate of Lundy, Petitioner, v. Lundy, Respondent*, No. 91965-8. Petition for review of a decision of the Court of Appeals, No. 71900-9-I, June 1, 2015, 187 Wn. App. 948. *Denied* December 2, 2015.

*State, Respondent, v. Gepner, Petitioner*, No. 91966-6. Petition for review of a decision of the Court of Appeals, No. 72017-1-I, June 8, 2015, 188 Wn. App. 1010. *Denied* December 2, 2015.